**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BRITTANY YOUNG; and                                                                    PLAINTIFFS
CAREY YOUNG

v.                                              NO. 4:13CV00471 JLH

JP MORGAN CHASE BANK, N.A.                                                  DEFENDANT

## ORDER

Without objection, the agreed motion for continuance is GRANTED.  Document #16.  This

action is removed from the trial docket for the week of September 8, 2014.  A new scheduling order

will be entered separately.

IT IS SO ORDERED this 3rd day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE